# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-5262

_____

VENIKO MARQUEL BYRD,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Writ of Habeas Corpus—Original Jurisdiction.

February 12, 2019

PER CURIAM.

The petition for writ of habeas corpus is denied on the merits.

BILBREY, WINOKUR, and JAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Veniko Marquel Byrd, pro se, Petitioner.

Ashley B. Moody, Attorney General, Tallahassee, for Respondent.